ROSE, *et al.* V. THE STATE, *ex rel.* SIMS.

*Mandamus.*

(Decided April 17th, 1906.  40 So. Rep. 951.)

APPEAL from Butler Circuit Court.

Heard before HON. J. C. RICHARDSON.

POWELL & HAMILTON, for appellants.

STALLWORTH & BURNETT, and PEARSON & RICHARDSON, for appellees.

Affirmed.

Opinion by DOWDELL, J.

WEAKLEY, C. J., and HARALSON and DENSON, JJ., concur.

---

## SMITH V. THE STATE.

*Murder.*

(Decided April 19th, 1906.  40 So. Rep. 959.)

APPEAL from Bibb Circuit Court.

Heard before HON. B. M. MILLER.

LOGAN & VANDERGRAAF, for appellant.

MASSEY WILSON, Attorney General, for State.

Affirmed.

Opinion by HARALSON, J.

WEAKLEY, C. J., and DOWDELL and DENSON, JJ., concur.

---

## McPHERSON V. WIGGINS.

*Assumpsit.*

(Decided April 23rd, 1906.  40 So. Rep. 961.)

APPEAL from Monroe Circuit Court.

Heard before HON. JOHN T. LACKLAND.

RABB & PAGE, for appellant.

T. S. WIGGINS, and STEINER, CRUM & WEIL, for appellee.

Appeal dismissed.

Opinion by ANDERSON, J.

HARALSON, DOWDELL and DENSON, JJ., concur.